UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANTHONY WAYNE POLITTE,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Movant,　　　　　　)
　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　)　　　Case No. 4:05CV1323 RWS
　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Respondent.　　　　)

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the

motion of Anthony Wayne Politte to vacate, set aside or correct his sentence

pursuant to 28 U.S.C. § 2255 is denied.

**IT IS FURTHER ORDERED** that as Politte has not made a substantial

showing of a denial of a constitutional right this Court will not issue a certificate of

appealability.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 13th day of February, 2006.